**Order filed, November 07, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00923-CR

_____

**DANIEL ALFARO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 144th District Court
Bexar County, Texas
Trial Court Cause No. 2018CR7958**

---

## ORDER

The reporter's record in this case was due **November 06, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Kay Gittinger**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM